JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| VINCE BURKLUND, as an individual on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN GROVE UNIFIED SCHOOL DISTRICT, a California public school district; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01132-DOC-JDEx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br>**(FED. R. CIV. PROC. 41(a)(1)(iii)** |

Good cause appearing, the parties' Stipulation of Dismissal pursuant to Fed. R. Civ. Proc. 41(a)(1)(iii) in the above-captioned case is GRANTED. The Parties shall each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE: August 31, 2023

*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE